Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-31164 (JNP)**

James M. Vitale, Ii and Melissa M. Vitale  
79 Freedom Road  
Sewell, NJ  08080

Monthly Payment: $750.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/2021 | $450.00 | 03/01/2021 | $450.00 | 04/01/2021 | $450.00 | 05/03/2021 | $450.00 |
| 06/01/2021 | $750.00 | 06/28/2021 | $750.00 | 07/30/2021 | $750.00 | 09/02/2021 | $750.00 |
| 10/04/2021 | $750.00 | 11/02/2021 | $750.00 | 12/02/2021 | $750.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JAMES M. VITALE, II | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,485.00 | $4,485.00 | $0.00 | $212.70 |
| 1 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $4,497.93 | $653.25 | $3,844.68 | $269.20 |
| 4 | BEST BUY CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $7,212.00 | $1,047.39 | $6,164.61 | $431.64 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $13,361.99 | $1,940.56 | $11,421.43 | $799.72 |
| 7 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $16,405.15 | $2,382.51 | $14,022.64 | $981.85 |
| 9 | DISCOVER BANK | 33 | $7,695.84 | $1,117.66 | $6,578.18 | $460.60 |
| 10 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | INFINITI FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORES NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KHEAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NISSAN-INFINITI LT | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PENN VALLEY ANES ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 24 | $137.54 | $137.54 | $0.00 | $137.54 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $761.98 | $110.67 | $651.31 | $45.60 |
| 18 | TD BANK, N.A. | 33 | $13,690.72 | $1,988.30 | $11,702.42 | $819.39 |
| 19 | TD BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THE ENDO CENTER AT VOORHEES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JAMES M. VITALE II | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MELISSA M. VITALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | LVNV FUNDING, LLC | 33 | $12,436.28 | $1,806.11 | $10,630.17 | $744.32 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,184.08 | $171.97 | $1,012.11 | $70.87 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 6.00 | $250.00 |
| 05/01/2019 | 24.00 | $450.00 |
| 05/01/2021 | 30.00 | $750.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,050.00 |
| Total paid to creditors this period: | $4,973.43 |
| Undistributed Funds on Hand: | $687.00 |
| Arrearages: | $300.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**