UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtors

Order Filed on May 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES M. VITALE, II
MELISSA M. VITALE

Debtors

Case No.: 18-31164

Chapter: 13

Judge: JNP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 8, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Richard S. Hoffman, Jr., Esq.___ for the reduction of time for a hearing on __Motion to Approve Post-Petition Financing in Accordance with U.S.C. §364 and Rule 4001(c)__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __5/16/2023__ at __11:00am__ in the United States Bankruptcy Court, __400 Cooper Street, Fourth Floor, Camden, NJ 08101__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__Any and All Affected Parties; E-Mail must be by consent__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Chapter 13 Trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*